IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES NEWTON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STANDARD CANDY COMPANY, INC., | ) | |
| | ) | 8:06CV242 |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JIMBO'S JUMBOS, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

Due to the filing of the third-party complaint, counsel request an extension of the April 6, 2006 deadlines established in the March 3, 2006 scheduling packet. The court finds that the motion should be granted.

**IT IS ORDERED:**

1. The stipulated request for extension of time (#8) is granted.

2. The April 6, 2006 deadlines established in the March 3, 2006 scheduling packet are vacated and will be re-set by further order of the court.

**DATED April 5, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**