IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES NEWTON, II, | Case No. 8:06 CV 242 |
| Plaintiff, | |
| vs. | ORDER |
| STANDARD CANDY COMPANY, INC., a Corporation, | |
| Defendant and Third Party Plaintiff, | |
| vs. | |
| JIMBO'S JUMBOS, INC., a corporation, | |
| Third Party Defendant. | |

NOW ON this 2nd day of May, 2006, this matter came before the Court on the MOTION TO WITHDRAW filed by Roger G. Steele of the law firm of Leininger, Smith, Johnson, Baack, Placzek, Steele and Allen. The Court, being fully advised in the premises, finds that the Motion to Withdraw should be granted.

IT IS ORDERED that the MOTION TO WITHDRAW [13] is granted. Roger G. Steele and the law firm of Leininger, Smith, Johnson, Baack, Placzek, Steele & Allen, 104 N. Wheeler Avenue, P.O. Box 790, Grand Island, NE 68802, are granted leave to withdraw from their representation of Jimbo's Jumbos, Inc., for the reason that Mark J. Daly has entered an appearance for the Third-Party Defendant.

DATED May 1, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge