IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES NEWTON, II,<br><br>        Plaintiff,<br><br>vs.<br><br>STANDARD CANDY COMPANY, INC.,<br><br>        Defendant and<br>        Third-Party Plaintiff,<br><br>vs.<br><br>JIMBO'S JUMBOS, INC.,<br><br>        Third-Party Defendant. | 8:06CV242<br><br>ORDER |

    Plaintiff has filed a "Request for Jury Trial in North Platte" [15]. The motion is untimely under NECivR 40.1(b) and, in any event, is not supported by affidavit as required by NECivR 40.1(b). In light of these deficiencies,

    **IT IS ORDERED** that plaintiff's request for trial in North Platte [15] is denied without prejudice to reassertion, if appropriate, pursuant to NECivR 40.1(b)(3).

    **DATED May 8, 2006.**

                                                      **BY THE COURT:**

                                                      s/ F.A. Gossett
                                                      **United States Magistrate Judge**