IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES NEWTON, II, | Case Number:  8:06CV242 |
| Plaintiffs, | |
| v. | REASSIGNMENT ORDER |
| STANDARD CANDY COMPANY, INC., | |
| Defendant. | |

The Clerk's office has been advised that the plaintiff does not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and  to Magistrate Judge Thomas D. Thalken  for judicial supervision and processing of all pretrial matters.

DATED this 24th day of May, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court