# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES NEWTON, II, ) | |
| ) | 8:06CV242 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STANDARD CANDY COMPANY, INC., ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JIMBO'S JUMBOS, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

This matter is before the court *sua sponte.* On March 3, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 5. On April 19, 2006, the court again informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 11. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before June 9, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 26th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge