IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES NEWTON II, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV242 |
| | ) | |
| v. | ) | |
| | ) | |
| STANDARD CANDY, Company, Inc., A Corporation, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This matter is before the court on plaintiff's joint stipulation and motion, Filing No. 87, to extend time to answer defendant's motion for summary judgment until November 24, 2007, Filing No. 49. After reviewing the record, the court finds the motion should be granted.

   THEREFORE, IT IS ORDERED THAT the joint stipulation and motion, Filing No. 87, is granted. The plaintiff shall respond to defendant's motion for summary judgment, Filing No. 49, on or before November 24, 2007.

   DATED this 21st day of September, 2007.

                                         BY THE COURT:


                                         s/ Joseph F. Bataillon
                                         Chief United States District Judge