IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES NEWTON, II, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV242 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STANDARD CANDY COMPANY, INC., | ) | |
| | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JIMBO'S JUMBOS, INC., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation And Motion To Extend Deadlines And To Continue Trial (Filing No. 97).  Upon consideration,

**IT IS ORDERED:**

1.  The parties' joint stipulation and motion (Filing No. 97) is granted as set forth below.

2.  The plaintiff shall have **until December 24, 2007** to provide his response to the defendant's Motion for Summary Judgment (Filing No. 49).

3.  The deadline for the parties to designate exhibits and deposition testimony they intend to use at trial is **May 1, 2008**.

4.  The deadline for motions in limine is **to May 9, 2008**.

5.  The final pre-trial conference is rescheduled **to May 19, 2008, at 9:00 a.m.**

6.  The trial of this matter is rescheduled **to June 16, 2008 at 8:30 a.m.**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

DATED this 30th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge